UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20478-Cr-Marra

UNITED STATES OF AMERICA,

     Plaintiff,

vs.

TIMOTHY RAFFERTY,

     Defendant.
_____/

## ORDER APPOINTING THE FEDERAL PUBLIC DEFENDER
## FOR PURPOSE OF APPEAL

THE ABOVE-NAMED Defendant having testified under oath or provided appropriate financial affidavit that he is financially unable to employ counsel but wishes to be represented by counsel, it is thereupon

ORDERED and ADJUDGED that the Federal Public Defender is hereby appointed to represent this Defendant for purposes of appeal in this cause unless relieved by Order of Court.

DONE and ORDERED at Ft. Lauderdale, Florida this 16th day of October, 2006.

                 _____
                 KENNETH A. MARRA
                 United States District Judge

Copies provided to:

  Wilfredo Fernandez, AUSA
  Lothar Genge, Esq.
  Federal Public Defender
  U.S. Probation