UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20478-CR-MARRA

UNITED STATES OF AMERICA,

vs.

TIMOTHY RAFFERTY,

        Defendant.
_____/

## REPORT AND RECOMMENDATION ON MOTION FOR RETURN OF PROPERTY (DE 356)

THIS CAUSE is before the Court on Marie Rafferty's Motion for Return of Property (DE 356) and was referred to United States Magistrate Judge Barry S. Seltzer pursuant to Magistrate Rule 1(c) and (d), Local Rules of the United States District Court for the Southern District of Florida. For the reasons that follow, the undersigned RECOMMENDS that the Motion be DENIED.

By way of background, after the District Court found a nexus between the fraud charged against Defendant Timothy Rafferty and a 2001 BMW X5, it entered a Preliminary Order of Forfeiture as to the vehicle. Timothy Rafferty's wife, Marie Rafferty, thereafter filed a claim for the BMW (as well as the couple's residence) in the ancillary proceedings that followed. Yet, Marie Rafferty acknowledged in those proceedings that the Court's earlier finding of a nexus between the charged fraud and the BMW purchase defeated her claim to the vehicle. Indeed, at a May 1, 2007 hearing, and again in the instant motion, Marie Rafferty conceded that she does not have a sufficient interest in the BMW to prevent its forfeiture. See Motion at 1 (DE 356) ("Marie has recently conceded that she likely does not have a sufficient interest in the BMW to prevent its forfeiture.").

Marie Rafferty now moves the Court "to order that [the] 2001 BMW X5 vehicle be returned to her, at least temporarily." Motion at 1 (DE 356). She seeks to utilize the forfeited BMW vehicle pending a ruling on (her husband) Defendant Timothy Rafferty's appeal.

Marie Rafferty provides the Court with no legal authority to support her request that the forfeited BMW be released to her pending disposition of her husband's appeal. Although Federal Rule of Criminal Procedure 32.2(d) does authorize the release of forfeited property to a third party pending the conclusion of a defendant's appeal, such a release is authorized only where the court has ruled in favor of such a third party. In this case, however, Movant has acknowledged that the Court's earlier finding of a nexus between the charged fraud and the BMW purchase defeats her claim to the vehicle. And she has conceded that she does not have a sufficient interest in the BMW to prevent its forfeiture. Furthermore, as an equitable matter, the diminution in value that would be occasioned by Marie Rafferty's use of the forfeited asset – acquired with fraudulently obtained funds – militates against its release.

In sum, there exists no legal or equitable ground for releasing a previously forfeited asset (acquired with fraudulently obtained funds) to a third party who lacks a cognizable interest therein and whose use would only further diminish its value. Accordingly, the undersigned RECOMMENDS that the Motion for Return of Property (DE 356) be DENIED.

The parties will have ten (10) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with the Honorable Kenneth A. Marra, United States District Judge. Failure to file objections timely shall bar the parties from a *de novo* determination by the district judge of an issue covered

in the report and shall bar the parties from attacking on appeal factual findings accepted or adopted by the district court except upon grounds of plain error or manifest injustice. See 28 U.S.C. § 636(b)(1); Thomas v. Arn, 474 U.S. 140, 149 (1985); Henley v. Johnson, 885 F.2d 790, 794 (11th Cir. 1989)

DONE AND SUBMITTED at Fort Lauderdale, Florida, this \_\_\_ day of June 2007.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable Kenneth A. Marra
United States District Judge

Lothar R. Genge, Esq.
4544 N.W. Red Maple Drive
Jensen Beach, Florida   34957
Attorney for Defendant Timothy Rafferty

Catherine P. Cox, Esq.
1277 N.W. 85th Ter.
Coral Springs, Florida   33071
Attorney for Defendant Timothy Rafferty

Eric Martin Cohen, Esq.
9130 S. Dadeland Boulevard
Miami, Florida   33156-7858
Attorney for Petitioner Marie Rafferty

Wilfredo Fernandez, Esq.
Arimentha R. Watkins, Esq.
United States Attorney's Office
99 N.E. 4th Street
Miami, Florida   33132-2111