UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20478-CR-MARRA/SELTZER

UNITED STATES OF AMERICA

    Plaintiff

vs.

TIMOTHY RAFFERTY

    Defendant.
_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Petition of Marie Rafferty for a Hearing Pursuant to 21 U.S.C. § 853(n) [DE 297].

THIS MATTER was referred to the Honorable Barry S. Seltzer, United States Magistrate Judge, Southern District of Florida.  A Report and Recommendation, dated June 8, 2007, has been filed, recommending that the motion be granted in part and denied in part.

Upon a *de novo* review of the entire file and record herein, for the reasons stated in the report of the Magistrate Judge, and over the objections filed, it is hereby

ORDERED AND ADJUDGED that United States Magistrate Judge Seltzer's Report and Recommendation be, and the same is

RATIFIED, AFFIRMED and APPROVED in its entirety.  The United States is

directed to provide the Court with a proposed final order of forfeiture.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 30th day of October, 2007.

_____
KENNETH A. MARRA
United States District Judge

copies to:

All counsel of record
Magistrate Judge Seltzer