UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-20478-CR-MARRA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

TIMOTHY RAFFERTY,

    Defendant.
_____/

### ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the court upon Petitioner John Hood's Motion for Approval as Interested Party (DE 309) and Petition for Hearing (310) and the Report and Recommendation issued by United States Magistrate Judge Barry S. Seltzer on May 3, 2007.

The court has considered the Report and Recommendation, the pertinent parts of the record and being otherwise fully advised in the premises it is

**ORDERED and ADJUDGED** that the Magistrate Judge's Report and Recommendation is hereby **ADOPTED AND AFFIRMED**. The government's Motion to Dismiss (DE 340) is GRANTED.  Petitioner John Hood's Motion for Approval as Interested Party (DE 309) and Petition for Hearing (310) is DISMISSED for lack of standing under 21 U.S.C. § 853(n)(6) and/or for failure to state a claim upon which relief can be granted.

**DONE and ORDERED** in West Palm Beach, this 14th day of November, 2007.

_____
**KENNETH A. MARRA**
UNITED STATES DISTRICT JUDGE

cc:    Arimentha Watkins, AUSA
       Lothar Genge, Esq.
       Jeffrey S. Berlowitz, Esq.
       Eric Martin Cohen, Esq.